United States District Court
Southern District of Texas
**ENTERED**
August 20, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LORETTA MAIER, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0991 |
| | § | |
| PRIVATE MINI STORAGE | § | |
| MANAGER, INC., | § | |
|     Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiffs and Defendant, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **September 30, 2019,** that the settlement could not be completely documented and approved.

SIGNED at Houston, Texas, this 20th day of **August, 2019.**