United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LORETTA MAIER on Behalf of Himself and on Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>PRIVATE MINI STORAGE MANAGER, INC.,<br>    Defendant. | §§§§§§§§§§§§ | CIVIL ACTION NO. : 4:18-cv-991<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT

On this day came to be considered Plaintiffs' Unopposed Motion to Approve Settlement. The Court will GRANT Plaintiff's motion.

THEREFORE, IT IS ORDERED that the Parties' settlement is approved.

IT IS FURTHER ORDERED that this case is dismissed with prejudice with all Parties to bear their own fees and costs except as outlined in their settlement agreement.

SIGNED ON __**September 30**__, 2019.


_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE